UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAVI SHARMA,<br><br>       Plaintiff,<br><br>   v.<br><br>HOME BUYERS REALTY AND HBR RENTALS, et al.,<br><br>       Defendants, | No. 2:20-cv-00940-TLN-DB<br><br>**ORDER** |

Plaintiff Janavi Sharma ("Plaintiff") is proceeding in this action *pro se*. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On December 7, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 30 days after service of the findings and recommendations. (ECF No. 4.) The thirty-day period has expired, and Plaintiff has not filed any objections to the findings and recommendations.

///

///

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 7, 2020 (ECF No. 4), are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice; and

3. Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 2) is DENIED as moot, in accordance with the magistrate judge's October 9, 2020 Order (ECF No. 3).

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED:  March 19, 2021

Troy L. Nunley
United States District Judge